People of the State of Illinois ex rel. William R. Nash, State's Attorney, Appellant, v. City of Loves Park, Illinois, Appellee.

Gen. No. 64–42. 

Second District.

May 21, 1965.

William R. Nash, State's Attorney of Winnebago County, of Rockford (H. Emmett Folgate, of counsel), for appellant; Charles H. Davis and Harold H. Pahlas, of Rockford (Charles H. Davis, of counsel), for appellee. Opinion by JUSTICE CARROLL. Not to be published in full.